No. 11344

# J. Gerard

## BUILDERS – APPRAISERS

January 23, 2014

Rubin & Rosen Adjusters

TEL. (732)446-1864
FAX (732)792-1626
MANALAPAN, NJ 07726

| | |
|---|---|
| Estimating Damage | Fire 1/19/14 |
| Location | 50-18 175th Place, Fresh Meadows, NY |
| Assured | Stella Beckman |
| Total Bill | $ 3,482.20 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Note: Please return this stub with remittance

| | |
|---|---|
| Location | 50-18 175th Place, Fresh Meadows, NY |
| Estimated | January 22, 2014 |
| Co. | Rubin & Rosen Adjusters |
| Total Bill | $ 3,482.20 |

J. GERARD
21 JEANINE COURT
MANALPAN, NJ 07726

No. 11344